No. 8,265.   S. K. MYRDAL, RESPONDENT, v. HARRY A. SAMPLE, APPELLANT.

Decided November 7, 1942.

PER CURIAM.—Pursuant to stipulation of the parties to the above appeal, the same is hereby dismissed, and the decision promulgated on June 13, 1942, is hereby withdrawn.

*Mr. R. F. Gaines* and *Mr. Donovan Worden,* for Appellant.

*Messrs. Mulroney & Mulroney* and *Mr. John E. Patterson,* for Respondent.